# Exhibit 16



The Cincinnati Insurance Company ▪ The Cincinnati Indemnity Company
The Cincinnati Casualty Company ▪ The Cincinnati Specialty Underwriters Insurance Company
The Cincinnati Life Insurance Company

*Jay McElhaney, CPCU, AIC*
*Field Claims Superintendent*
April 14, 2020

**VIA EMAIL AND U.S. MAIL**

TJBC, INC. dba 4202 MAIN STREET BREWING CO.
ATTN: TODD KENNEDY
6435 WEST MAIN
BELLEVILLE, IL 62223

Email: egplazallc@gmail.com

    **Re:**   **Insured:**   TJBC, Inc. dba 4202 Main Street Brewing Co.
           **Policy No.:**  ETD 0451206
           **Claim No.:**   3527623
           **Date of Loss:** 3/16/20

Dear Mr. Kennedy:

    Please be advised your claim has been transferred to me to handle. I am now the Cincinnati claims professional responsible for your claim. All communications regarding your claim should be directed to my attention.

    Please feel free to contact me if you have any questions or would like to discuss this matter.

                              Very truly yours,

                              Jay McElhaney, CPCU, AIC
                              Field Claims Superintendent
                              P.O. Box 205
                              St. Albans, MO 63073
                              Direct Dial: 636-451-6886
                              Email: jay_mcelhaney@cinfin.com

Cc:   Lakenan Insurance
       rtoth@lakenan.com