**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TJBC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:20-cv-00815-DWD |
| | ) | |
| v. | ) | Honorable David W. Dugan |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## CINCINNATI'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant The Cincinnati Insurance Company ("Cincinnati") hereby moves the Court to dismiss Plaintiffs' Amended Complaint (ECF Doc. #15) ("Complaint") for failure to state a claim upon which relief can be granted. The Policy does not provide coverage for Plaintiffs' claimed loss. A Memorandum in Support of this Motion follows.

Dated: October 15, 2020                    Respectfully submitted,

/s/ Brian M. Reid
Brian M. Reid
Litchfield Cavo, LLP
303 W. Madison, Suite 300
Chicago, IL 60606
Tel.: (312) 781-6617
Fax.: (312) 781-6630
Reid@LitchfieldCavo.com

*Attorneys for Defendant The Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Brian M. Reid_____