# Exhibit 11



# STATE OF ILLINOIS

## EXECUTIVE DEPARTMENT

### SPRINGFIELD, ILLINOIS

May 29, 2020                                                            Executive Order 2020-39

**EXECUTIVE ORDER 2020-39**
**(COVID-19 EXECUTIVE ORDER NO. 37)**

**WHEREAS**, since early March 2020, Illinois has been faced with a disaster caused by a pandemic that has taken the lives of more than 5,180 residents and infected over 100,000, resulting in extraordinary sickness and loss of life, and continues to spread; and,

**WHEREAS**, at all times but especially during a public health crisis, protecting the health and safety of Illinoisans is among the most important functions of State government; and,

**WHEREAS**, as Illinois enters the fourth month of responding to the public health disaster caused by Coronavirus Disease 2019 (COVID-19), a novel severe acute respiratory illness that has spread and continues to spread rapidly among people through respiratory transmissions and is without an effective treatment or vaccine, the burden on residents, healthcare providers, first responders and governments throughout the State is unprecedented; and,

**WHEREAS,** the World Health Organization declared COVID-19 a Public Health Emergency of International Concern on January 30, 2020, and the United States Secretary of Health and Human Services declared that COVID-19 presents a public health emergency on January 27, 2020; and,

**WHEREAS**, on March 9, 2020, I, JB Pritzker, Governor of Illinois, declared all counties in the State of Illinois as a disaster area in response to the outbreak of COVID-19; and,

**WHEREAS**, on April 1, 2020, due to the exponential spread of COVID-19 in Illinois, I again declared all counties in the State of Illinois as a disaster area; and,

**WHEREAS**, on April 30, 2020, due to the continued spread of COVID-19 in Illinois, the threatened shortages of hospital beds, ER beds, and ventilators, and the inadequate testing capacity, I again declared all counties in the State of Illinois as a disaster area; and,

**WHEREAS**, in addition to causing the tragic loss of 5,186 Illinoisans and wreaking havoc on the physical health of tens of thousands more, COVID-19 has caused extensive economic loss and continues to threaten the financial welfare of a significant number of individuals and businesses across the nation and the State; and,

SHC-TJBC, Inc. v. Cincinnati-Complaint Exhibits--000384

**WHEREAS**, in response to the epidemic emergency and public health emergency described above, I find it necessary to re-issue Executive Orders 2020-03, 2020-04, 2020-05, 2020-06, 2020-07, 2020-08, 2020-09, 2020-11, 2020-12, 2020-13, 2020-14, 2020-15, 2020-16, 2020-17, 2020-20, 2020-21, 2020-22, 2020-23, 2020-24, 2020-25, 2020-26, 2020-27, 2020-28, 2020-29, 2020-30, 2020-31, 2020-34, 2020-35, 2020-36, and 2020-37 and hereby incorporate the WHEREAS clauses of those Executive Orders;

**THEREFORE**, by the powers vested in me as the Governor of the State of Illinois, pursuant to the Illinois Constitution and Sections 7(1), 7(2), 7(3), 7(8), 7(9), and 7(12) of the Illinois Emergency Management Agency Act, 20 ILCS 3305, and consistent with the powers in public health laws, I hereby order the following, effective May 29, 2020:

**Part 1: Re-Issue of Executive Orders.**

Executive Orders 2020-03, 2020-04, 2020-05, 2020-06, 2020-07, 2020-08, 2020-09, 2020-11, 2020-12, 2020-13, 2020-14, 2020-15, 2020-16, 2020-17, 2020-20, 2020-21, 2020-22, 2020-23, 2020-24, 2020-25, 2020-26, 2020-27, 2020-28, 2020-29, 2020-30, 2020-31, 2020-34, 2020-35, 2020-36, and 2020-37 hereby are re-issued by this Executive Order 2020-39 as follows:

**Executive Order 2020-04 (Closure of James R. Thompson Center; waiver of sick leave requirement for State employees):**

Sections 2 and 3 of Executive Order 2020-04 are re-issued and extended through **June 27, 2020**.

**Executive Orders 2020-05 and 2020-06 (School closures):**

Section 1 of Executive Order 2020-05 and Sections 1 and 2 of Executive Order 2020-06 are re-issued and extended through **June 27, 2020**.

Sections 2 and 3 of Executive Order 2020-05 are re-issued and extended through **June 27, 2020** or until corresponding legislation (SB 1569) is enacted and takes effect, whichever occurs first.

**Executive Order 2020-07 (Suspension of on-premises consumption at restaurants and bars; unemployment insurance; Open Meetings Act):**

Sections 3 and 4 of Executive Order 2020-07 are re-issued and extended through **June 27, 2020**.

Section 5 of Executive Order 2020-07 is re-issued and extended through **June 27, 2020** or until corresponding legislation (HB 2455) is enacted and takes effect, whichever occurs first.

Section 6 of Executive Order 2020-07, as amended by Executive Order 2020-33, is re-issued and extended through **June 27, 2020** or until corresponding legislation (SB 2135) is enacted and takes effect, whichever occurs first.

**Executive Order 2020-08 (Secretary of State operations):**

Executive Order 2020-08, as amended below, is re-issued in its entirety and extended through **June 27, 2020**.

<u>Section 4. During the duration of and for no more than thirty days following the termination of the Gubernatorial Disaster Proclamations, the Secretary's obligations to provide expedited services as set forth in the Limited Liability Company Act, 805 ILCS 180/50-50; Uniform Limited Partnership Act (2001), 805 ILCS 215/1308; Uniform Partnership Act (1997), 805 ILCS 206/1209; General Not For Profit Corporation Act of 1986, 805 ILCS 105/115.20; and Business Corporation Act of 1983, 805 ILCS 5/15.95, are suspended.</u>

**Executive Order 2020-09 (Telehealth):**

Executive Order 2020-09 is re-issued in its entirety and extended through **June 27, 2020**.

**Executive Order 2020-11 (Revisions to prior Executive Orders; Department of Corrections notification period):**

Section 3 of Executive Order 2020-11 is re-issued and extended through **June 27, 2020** or until corresponding legislation (SB 1569) is enacted and takes effect, whichever occurs first.

Section 4 of Executive Order 2020-11 is re-issued and extended through **June 27, 2020**.

**Executive Order 2020-12 (Health care worker background checks; Department of Juvenile Justice notification period; Coal Mining Act):**

Executive Order 2020-12 is re-issued in its entirety and extended through **June 27, 2020**.

**Executive Order 2020-13 (Suspending Illinois Department of Corrections admissions from county jails):**

Executive Order 2020-13 is re-issued in its entirety and extended through **June 27, 2020**.

**Executive Order 2020-14 (Notary and witness guidelines):**

Executive Order 2020-14, as amended by Executive Order 2020-33, is re-issued in its entirety and extended through **June 27, 2020** or until corresponding legislation (SB 2135) is enacted and takes effect, whichever occurs first.

**Executive Order 2020-15 (Suspending provisions of the Illinois School Code):**

Sections 1, 2, 3, and 4 of Executive Order 2020-15 are re-issued and extended through **June 27, 2020** or until corresponding legislation (SB 1569) is enacted and takes effect, whichever occurs first.

Sections 5, 6, 7, 8, and 9 of Executive Order 2020-15 are re-issued and extended through **June 27, 2020**.

**Executive Order 2020-16 (Repossession of vehicles; suspension of classroom training requirement for security services):**

Executive Order 2020-16 is re-issued in its entirety and extended through **June 27, 2020**.

Executive Order 2020-21 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-22 (Township meetings; Funeral Directors and Embalmers Licensing Code; placements under the Child Care Act of 1969; fingerprint submissions under Health Care Worker Background Check Act):**

Section 1 of Executive Order 2020-22 is re-issued and extended through **June 27, 2020** or until corresponding legislation (HB 2096) is enacted and takes effect, whichever occurs first.

Sections 2, 3, 4, 5 and the Savings Clause of Executive Order 2020-22 are re-issued and extended through **June 27, 2020.**

**Executive Order 2020-23 (Actions by the Illinois Department of Financial and Professional Regulation for licensed professionals engaged in disaster response):**

Executive Order 2020-23 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-24 (Illinois Department of Human Services Forensic Treatment Program; investigations of Illinois Department of Human Services employees):**

Executive Order 2020-24 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-25 (Garnishment and wage deductions):**

Executive Order 2020-25 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-26 (Hospital capacity):**

Executive Order 2020-26 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-27 (Cadavers testing positive for COVID-19):**

Executive Order 2020-27 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-28 (Industrial radiography certifications):**

Executive Order 2020-28 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-29 (In-person education or exams for professional insurance licenses):**

Executive Order 2020-29 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-30 (Filing of residential eviction actions; enforcement of non-residential eviction orders; expired consular identification documents; electronic filings for the Illinois Human Rights Commission):**

Executive Order 2020-30, as amended by Executive Order 2020-33, is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-35 (IDPH regulatory activities):**

Executive Order 2020-35 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-36 (Marriage licenses):**

Executive Order 2020-36 is re-issued in its entirety and extended through **June 27, 2020.**

**Executive Order 2020-37 (Immunity from civil liability for health care facilities, professionals, and volunteers):**

Executive Order 2020-37, which superseded Executive Order 2020-19 as of its effective date May 13, 2020, is re-issued in its entirety and extended through **June 27, 2020.**

**Part 2: Savings Clause.** If any provision of this Executive Order or its application to any person or circumstance is held invalid by any court of competent jurisdiction, this invalidity does not affect any other provision or application of this Executive Order, which can be given effect without the invalid provision or application. To achieve this purpose, the provisions of this Executive Order are declared to be severable.

JB Pritzker, Governor

Issued by the Governor May 29, 2020
Filed by the Secretary of State May 29, 2020

SHC-TJBC, Inc. v. Cincinnati-Complaint Exhibits--000388