# Exhibit 13



**SPRINGFIELD, ILLINOIS**

FILED
INDEX DEPARTMENT
JUN 1 2 2020
IN THE OFFICE OF
SECRETARY OF STATE

June 12, 2020                                           EXECUTIVE ORDER 2020-42

### EXECUTIVE ORDER IN RESPONSE TO COVID-19
### (COVID-19 EXECUTIVE ORDER NO. 40)

**WHEREAS**, Coronavirus Disease 2019 (COVID-19), a novel severe acute respiratory illness, has rapidly spread throughout Illinois, necessitating stringent guidance from federal, state, and local public health officials and significant measures to address the increasing public health disaster; and,

**WHEREAS**, COVID-19 spreads among people through respiratory transmissions and presents significantly increased risks and challenges because asymptomatic people can transmit the virus and there is currently no effective treatment or vaccine; and,

**WHEREAS**, on March 9, 2020, I, JB Pritzker, Governor of Illinois, declared all counties in the State of Illinois as a disaster area in response to the outbreak of COVID-19; and,

**WHEREAS**, on April 1, 2020, I declared all counties in the State of Illinois as a disaster area due to the exponential spread of COVID-19; and,

**WHEREAS**, on April 30, 2020, due to the expected continuing spread of COVID-19 and the resulting health impacts across the State, as well as the need to prevent potential shortages of hospital beds, ICU beds, ventilators, personal protective equipment and materials for testing for the virus, I declared all counties in the State of Illinois as a disaster area; and,

**WHEREAS**, on May 29, 2020, due to the thousands of lives lost to COVID-19 in Illinois, the continued increase of cases, the continued threat of shortages of hospital beds, ER beds, and ventilators, the improved but still insufficient testing capacity, and the financial destruction caused by the virus, I again declared all counties in the State of Illinois as a disaster area (together with the previous proclamations identified in this Executive Order, the Gubernatorial Disaster Proclamations); and,

**WHEREAS**, it is necessary and appropriate for the State of Illinois to continue to take immediate and significant measures to prevent or slow the spread of COVID-19 and protect public health during the COVID-19 outbreak; and,

WHEREAS, in keeping with CDC guidance, Executive Order 2020-38 mandates the practice of social distancing, wearing face coverings in public spaces, and limited gatherings of ten people or less; and,

WHEREAS, there have been over 131,000 confirmed cases of COVID-19 in 101 Illinois counties, and,

WHEREAS, Illinois has had more than 6,260 deaths resulting from COVID-19; and,

WHEREAS, although the number of new COVID-19 cases have stabilized and potentially begun to decrease in recent weeks, the virus continues to infect thousands of individuals and claim the lives of too many Illinoisans each day; and,

WHEREAS, as the virus has progressed through Illinois, the crisis facing the State continues to develop and requires an evolving response to ensure hospitals, health care professionals, and first responders are able to meet the health care needs of all Illinoisans and in a manner consistent with guidance from the Illinois Department of Public Health and the CDC, which continues to be updated; and,

WHEREAS, the State Fair Act, 20 ILCS 210/5, provides that the Illinois Department of Agriculture (IDOA) shall annually hold a State Fair in Springfield, Illinois (Illinois State Fair) and DuQuoin, Illinois (DuQuoin State Fair), collectively, the State Fairs, to promote agriculture, the agriculture industry, and provide for exhibits and activities in the fields of industry, education, the arts and crafts, labor, entertainment and other areas interest to the people of the State; and,

WHEREAS, the Illinois State Fair in Springfield is scheduled for August 13 – August 23, 2020, and the DuQuoin State Fair is scheduled for August 28 – September 7, 2020; and,

WHEREAS, the State Fairs traditionally host entertainment, competitions, exhibits, vendors, rides, and other activities that draw large crowds in close proximity – over 600,000 individuals attended the State Fairs in 2019; and,

WHEREAS, maintaining adequate social distancing and other adequate health precautions would be extremely difficult, if not impossible, at many of the activities at either State Fair; and,

WHEREAS, the health and safety of fairgoers, entertainers, competitors, vendors, employees, and those living in the surrounding areas of the State Fairs is of upmost importance;

THEREFORE, by the powers vested in me as the Governor of the State of Illinois, pursuant to Sections 7(1), 7(2), 7(8), and 7(12) of the Illinois Emergency Management Agency Act, 20 ILCS 3305, I hereby order the following:

Section 1. During the duration of the Disaster Proclamations, the provision in the State Fair Act, 20 ILCS 210 ILCS/5, providing that the Department shall annually hold a State Fair at Springfield and DuQuoin is hereby suspended. The Department of Agriculture is directed to cancel the State Fairs scheduled for 2020 in accordance with this Executive Order.

Section 2. If any provision of this Executive Order or its application to any person or circumstance is held invalid by any court of competent jurisdiction, this invalidity does not affect any other provision or application of this Executive Order, which can be given effect without the invalid provision or application. To achieve this purpose, the provisions of this Executive Order are declared to be severable.

