# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TJBC, INC., )<br>    Plaintiff )<br> )<br>v. )<br> )<br>THE CINCINNATI INSURANCE )<br>COMPANY, INC. )<br>    Defendant )<br> ) | Case No. 3:20-cv-00815-DWD |

## DECLARATION OF TODD KENNEDY, PRESIDENT OF TNJB, INC.

I, Todd Kennedy, declare as follows:

1. I am the president and chief executive officer of the Plaintiff TJBC INC. and submit this declaration in such capacity.

2. TJBC, Inc. operates an upscale steakhouse, craft brewery, and banquet hall known as 4204 Main Street Brewing Co. in Belleville, Illinois that operate at two premises.

3. Since 2014, Plaintiff has operated an upscale steakhouse, brewery, and beer garden at 4204 West Main Street is Belleville Illinois. The steakhouse and beer garden are not, never have been, and never will be functional as a drive-through or carryout business. It is a destination restaurant – offering diners a meal experience, including craft beers, with seating for more than 300.

4. Since 2017, Plaintiff has operated the 4204 Brewing Company Banquet Center, Tap Room, and Distribution Center at 6435 W. Main Street in Belleville, Illinois. The taproom features all of Plaintiff's craft brewer and the banquet space includes a full bar, dancehall, and stage. Prior to the Executive Orders that shut down the business, Plaintiff offered full-service banquet and seat dinners for parties of up to 600 people.

5. Prior to Gov. Pritzker's shutdown orders, the steakhouse and beer garden routinely served more than hundreds of customers indoors on a weekday/night and many more on weekends; and the banquet center and taphouse also routinely served similarly large groups.

6. As a direct result of Gov. Pritzker's orders, diners were completely prohibited from the business portion of the restaurant, banquet center, and taphouse.

7. To protect its investments, property, and revenues, TJBC maintained business insurance with The Cincinnati Insurance Company, Inc. from August 6, 2017 to August 6, 2020 that expressly included coverage for lost business income and expenses sustained due to either the suspension of business operations from any Covered Cause of Loss or the suspension of business operations from any "action of civil authority that prohibits access to the premises."

8. TJBC, Inc. paid premiums and did all else necessary to maintain coverage for Policy No. 05ETD0412606, a true and correct copy of which was attached as Exhibit 1 to the Complaint.

9. Beginning in March 2020, TJBC, Inc. incurred substantial lost business income and expense as a result of the civil authority orders issued by Illinois Governor J.B. Pritzker.

10. Business income from the steakhouse was down the following amounts:

| LOST BUSINESS INCOME 4204 Main Street Brewery Restaurant from Gov. Pritzker Civil Authority Orders | | | | |
|---|---|---|---|---|
| MONTH | 2018 Revenue | 2020 Revenue | Difference | Percentage |
| March 16-31 | 97,550.29 | 25,919.95 | (71,630.34) | -66.64% |
| April | 208,292.39 | 32.22 | (208,260.17) | -99.98% |
| May | 218,942.83 | 36,295.52 | (182,647.31) | -83.42% |
| June | 199,719.54 | 126,002.45 | (73,717.09) | -36.91% |
| July | 182,917.08 | 86,872.15 | (96,044.93) | -52.51% |
| August | 211,773.39 | 93,316.12 | (115,457.27) | -54.52% |
| TOTALS | 1,119,195.52 | 368,437.46 | (750,758.06) | -67.08% |

11. Business income from the banquet center was down the following amounts:

| LOST BUSINESS INCOME 4204 Main Street Brewery Banquet Center from Gov. Pritzker Civil Authority Orders | | | | |
|---|---|---|---|---|
| MONTH | 2019 Revenue | 2020 Revenue | Difference | Percentage |
| March 16-31 | 5,425.73 | 2,596.00 | (2,829.73) | -52.15% |
| April | 34,452.91 | 0 | (34,542.91) | -100.00% |
| May | 29,099.84 | 0 | (29,099.84) | -100.00% |
| June | 20,545.16 | 0 | (20,545.16) | -100.00% |
| July | 7,426.92 | 0 | (7,426.92) | -100.00% |
| August | 22,251.17 | 0 | (22,251.17) | -100.00% |
| TOTALS | 119,201.73 | 2,596.00 | (116,695.73) | -97.90% |

12. Business income from the brewery taphouse was down for the following:

| LOST BUSINESS INCOME<br>4204 Main Street Brewery Taphouse from<br>Gov. Pritzker Civil Authority Orders | | | | |
|---|---|---|---|---|
| MONTH | 2019 Revenue | 2020 Revenue | Difference | Percentage |
| March 16-31 | 18,420.12 | 8,381.80 | (10,038.32) | -54.50% |
| April | 27,056.55 | 8,643.31 | (18,413.24) | -68.05% |
| May | 29,183.09 | 0 | (29,183.09) | -100.00% |
| June | 18,141.90 | 0 | (18,141.90) | -100.00% |
| July | 15,411.85 | 0 | (15,411.85) | -100.00% |
| August | 19,249.49 | 0 | (19,249.49) | -100.00% |
| TOTALS | 127,463.00 | 17,025.11 | (110,437.89) | -86.64% |

13. These totals only represent a rough estimate of lost business income at this point. TJBC also suffered extra expense and other losses separate and apart from lost business income.

14. TJBC, Inc. submitted a claim to Cincinnati on behalf of TJBC, Inc. for all coverage available under the policy soon after Gov. Pritzker's first civil authority order. True and correct copies of correspondence relating TJBC, Inc.'s claim and Cincinnati's denial were attached as Exhibits 15-19 to the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  10/29/2020
Todd Kennedy                Date
TJBC, Inc.
President and CEO