IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TJBC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 3:20-cv-815-DWD |
| | ) |
| THE CINCINNATI INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered on January 25, 2021 (Doc. 54), Defendant's Motion to Dismiss (Doc. 24) is **GRANTED.**

This action is **DISMISSED** in its entirety and the case is closed.

**IT IS SO ORDERED.**

DATED: January 25, 2021

MARGARET M. ROBERTIE, Clerk of Court
*s/ Dana M. Winkeler*
Deputy Clerk

Approved: *s/ David W. Dugan*
David W. Dugan, U.S. District Judge