# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TJBC, INC., <br>     Plaintiff <br><br> v. <br><br> THE CINCINNATI INSURANCE COMPANY, INC. <br>     Defendant | Case No. 3:20-cv-00815-DWD <br><br> NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that Plaintiff TJBC, Inc. appeals to the United States Court of Appeals for the Seventh Circuit from the order granting The Cincinnati Insurance Company, Inc.'s Motion to Dismiss entered on January 25, 2021 (Dkt No. 54), attached hereto as Exhibit A.

DATED:    February 2, 2021

_____
Jay Barnes, MO#57583
Ted N. Gianaris, IL#6237156
Eric S. Johnson, IL#6301759
G. Michael Stewart, IL#6230339
One Court Street
    Alton, IL 62002
618.259.2222
618.259.2251 (Fax)
jaybarnes@simmonsfirm.com
tgianaris@simmonsfirm.com
mstewart@simmonsfirm.com
ejohnson@simmonsfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ Jay Barnes