# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 16, 2021

*By the Court:*

| No. 21-1203 | TJBC, INC., <br>      Plaintiff - Appellant <br><br> v. <br><br> CINCINNATI INSURANCE COMPANY, INC., <br>      Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:20-cv-00815-DWD <br> Southern District of Illinois <br> District Judge David W. Dugan ||

Pursuant to General Order 21-008, entered on August 13, 2021,

**IT IS ORDERED** that counsel in this appeal shall present oral argument either telephonically or by video communications. No attorneys will be present in the courtroom. The clerk's office will contact counsel with further instructions.

**WAIVER OF ORAL ARGUMENT: Not later than 14 days before the argument date, counsel may file a motion under Circuit Rule 34(e) to waive oral argument if the appeal can be resolved based on the briefs and record and the decisional process would not be significantly aided by oral argument.** *See* **FED. R. APP. P. 34(a). Counsel must first confer with opposing counsel before seeking a waiver of oral argument, and the motion must state whether the request is opposed or unopposed. The court prefers joint motions.**

form name: **c7_Order_BTC**    (form ID: **178**)