# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 21, 2022

To:  Margaret M. Robertie
     UNITED STATES DISTRICT COURT
     Southern District of Illinois
     East St. Louis, IL 62201-0000

|  | TJBC, INC., |
|---|---|
|  | Plaintiff - Appellant |
| No. 21-1203 | v. |
|  | CINCINNATI INSURANCE COMPANY, INC., |
|  | Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:20-cv-00815-DWD<br>Southern District of Illinois<br>District Judge David W. Dugan | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 1225.04 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 01/21/2022 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**   (form ID: **135**)