# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 9, 2021

*Before*

DANIEL A. MANION, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 21-1186 | SANDY POINT DENTAL, P.C.,<br>Plaintiff - Appellant<br><br>v.<br><br>CINCINNATI INSURANCE COMPANY,<br>Defendant - Appellee |
| No. 21-1559 | BEND HOTEL DEVELOPMENT COMPANY, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>CINCINNATI INSURANCE COMPANY,<br>Defendant - Appellee |
| No. 21-1203 | TJBC, INC.,<br>Plaintiff - Appellant<br><br>v.<br><br>CINCINNATI INSURANCE COMPANY, INC.,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02160<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo | |
| **Originating Case Information:** | |

Case 3:20-cv-00815-DWD   Document 66-2   Filed 01/26/22   Page 2 of 2   Page ID #1549
Case: 21-1203   Document: 00713944217   Filed: 01/21/2022   Pages: 2
Nos. 21-1186, et al.                                                         Page 2

| |
|---|
| District Court No: 1:20-cv-04636 |
| Northern District of Illinois, Eastern Division |
| District Judge Robert W. Gettleman |
| **Originating Case Information:** |
| District Court No: 3:20-cv-00815-DWD |
| Southern District of Illinois |
| District Judge David W. Dugan |

     We **AFFIRM**, with costs, the dismissals of all three cases, as well as the denials of Sandy Point's motions for reconsideration and for leave to amend its complaint. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**   (form ID: **132**)